UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DONYALL E. WHITE-BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00147-JPH-DLP |
| | ) |
| ERIC J. HOLCOMB, et al. | ) |
| | ) |
| Defendants. | ) |

**Order Denying Motion for Reconsideration**

Plaintiff Donyall White-Bey seeks reconsideration of the Court's Entry dismissing his amended complaint and directing final judgment. "Motions to reconsider serve a limited function, to be used 'where the Court has patently misunderstood a party, or has made a decision outside the adversarial issues presented to the Court by the parties, or has made an error not of reasoning but of apprehension.'" *Davis v. Carmel Clay Schs.*, 286 F.R.D. 411, 412 (S.D. Ind. 2012) (quoting *Bank of Waunakee v. Rochester Cheese Sales, Inc.*, 906 F.2d 1185, 1191 (7th Cir. 1990)) (additional quotations omitted). A court may grant a motion to reconsider where a movant demonstrates a manifest error of law or fact; however, a motion to reconsider is not an occasion to make new arguments. *In re Prince*, 85 F.3d 314, 324 (7th Cir. 1996); *Granite St. Ins. Co. v. Degerlia*, 925 F.2d 189, 192 n.7 (7th Cir. 1991). While Mr. White-Bey disagrees with the Court's ruling in that Entry, he does not show that the Court committed any manifest error in its ruling. Accordingly, the motion for reconsideration, dkt. [30], is **denied**.

**SO ORDERED.**

Date: 1/21/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All ECF-registered counsel of record via email

DONYALL E. WHITE-BEY
980181
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only